NELSON J. PALMER, Respondent, *v.* DUNKIRK PRINTING COMPANY, Appellant.

*Palmer* v. *Dunkirk Printing Co.*, 176 App. Div. 897, affirmed.
(Argued June 5, 1917; decided July 11, 1917.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 6, 1916, which reversed an order of Special Term sustaining demurrers to the complaint and overruled said demurrers in an action for libel. The Appellate Division held that each of the first and sixth causes of action set forth in the complaint states facts from which a jury might find that the defendant accused the plaintiff of the commission of a crime.

The following questions were certified: " 1. Are the facts alleged as a first cause of action sufficient to constitute a cause of action ? 2. Are the facts alleged as a sixth cause of action sufficient to constitute a cause of action ? "

*Glenn W. Woodin, Arthur B. Ottaway, William S. Stearns* and *Joseph C. White* for appellant.

*Herman J. Westwood* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Not voting: COLLIN, J.